UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)   www.flsb.uscourts.gov
Chapter 13 Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Grace Maiorino              JOINT DEBTOR:           CASE NO.:  09-27769-BKC-JKO
Last Four Digits of SS#:   1463              Last Four Digits of SS#: 1799

This document is a plan summary. Additional data is on file in clerk's office attached to original plan.

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.        $220.00 for months   1    to   60    ;
    in order to pay the following creditors:

    <u>Administrative:</u>    Attorney's Fee - $2,750.00   Total paid: $2,750.00
    Balance Due     $0.00

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 USC § 1325 (a)(5)]  Mortgage(s)/Liens on Real or Personal Property: N/A

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Description of Collateral and Value of Collateral | Secured Creditor | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Debtor's homestead located at 1853 NW 124 Way, Coral Springs, FL 33071 $0.00 | Citimortgage | 0 | 0 | 0 | 0 |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

<u>Unsecured Creditors:</u>  Pay $200.00/month  (Months   1     to   60   ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

<u>Other Provisions Not Included Above</u>:

Debtor is paying the first mortgage to Citimortgage directly. A Motion to Value/Strip Second Mortgage of Citibank will be filed. Debtor is paying Eagle Trace Community Association directly.

Debtor is paying Chrysler Financial directly for the 2007 Chrysler Aspen. Debtor is assuming the lease.

Debtor is paying Chrysler Financial directly for the 2008 Chrysler 300.

Debtor is paying Fifth Third Bank directly for the 2007 Volvo S80. Debtor is assuming the lease.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Lloyd A. Baron
_____
LLOYD A. BARON, ESQ.
ATTORNEY FOR THE DEBTOR
SIGNED WITH THE DEBTOR'S
KNOWLEDGE AND CONSENT

12/9/09